# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria   Division

In re  
Pingho Associates Corporation  
Debtor(s)

Case No. 09-15093-RGM

Chapter 11

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Chapter 11 Plan Administrator herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

**Creditor's Name and Address**  
See Exhibit A attached hereto

**Amount of Dividend**  
$18,731.71

[If applicable: Continued on attached page(s).]

Date: _____February 23, 2015_____

(Signature)

Jesse D. Watters III  
( Chapter 11 Plan Administrator)

[runclmfd ver. R. 04/03]

# EXHIBIT A TO REPORT OF DEPOSIT OF UNCLAIMED FUNDS

| Creditor | Address | Amount of Dividend |
|---|---|---|
| Megasoft Consultants, Inc. | 13461 Sunrise Valley Drive, Third Floor, Herndon, VA 20171 | $511.96 |
| V-Tech Financial Services LLC | PO Box 2845, Reston, VA 20195 | $1,996.75 |
| BT Ins. | 1600 Memorex Drive, Suite 200, Santa Clara, CA 95050 | $11,072.46 |
| David Miskinyar | 42950 Conquest Circle, Ashburn, VA 20148 | $.68 |
| Allcare, Inc. | 2670 South White Road, Suite 120, San Jose, CA 95148 | $911.87 |
| Always on Call, LLC | 9900 Main Street, Suite 305 Fairfax, VA 22031 | $47.64 |
| Apple Printers | 429-H East Diamond Avenue, Gaithersburg, MD 20877 | $78.25 |
| Goldstone Technologies | 4100 Lafayette Center Drive, Suite 105, Chantilly, VA 20151 | $278.46 |
| Istream Solutions, Inc. | 13800 Coppermine Road, Herndon, VA 20171 | $1,033.24 |
| Judith Pistorio | 142 Sandy Pond Road, Lincoln, MA 01773 | $.59 |
| Nealio, Inc. | 20327 River Cliff Court, Sterling, VA 20165 | $487.44 |
| Vaishnavi Infotech | 42425 Redstone Terrace, Ashburn, VA 20148 | $2,053.95 |
| Anitha Subramanian | c/o Murali Ramassamy, 25822 Commons Square, Chantilly, VA 20152 | $258.42 |
| | TOTAL | $18,731.71 |